IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANGELA WEAVER,<br><br>　　　　Defendant. | Case No. 23-CV-422-JFH |

**OPINION AND ORDER**

Before the Court is a motion to dismiss the Supplemental Complaint [Dkt. No. 27] with prejudice ("Motion"), filed by Plaintiff United States of America (the "United States"). Dkt. No. 37.

Under Federal Rule of Civil Procedure 41(a)(2), a motion to dismiss filed by the plaintiff after the opposing party has answered, may be granted "by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Based on the facts set out in the Motion, the Court concludes that dismissal of the Supplemental Complaint [Dkt. No. 27] with prejudice is appropriate. Accordingly, the United States' Motion should be granted.

IT IS THEREFORE ORDERED that the United States' Motion [Dkt. No. 37] is GRANTED and the Supplemental Complaint [Dkt. No. 27] is dismissed with prejudice.

Dated this 15th day of April 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN F. HEIL, III
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE